```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv5021 (DLC)
CINZIA LETTIERI,                         :
                                         :
                          Plaintiff,     :         ORDER
            -v-                          :
                                         :
ANTI-DEFAMATION LEAGUE FOUNDATION        :
d/b/a THE ANTI-DEFAMATION LEAGUE,        :
ANTI-DEFAMATION LEAGUE, and NICOLA       :
STRAKER, individually,                   :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 23, 2022, the defendants filed a motion to dismiss the complaint. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **September 16, 2022**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **September 16, 2022**. The defendants' reply, if any, shall be filed by **September 30, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 24, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge