```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv5021 (DLC)
CINZIA LETTIERI,                         :
                                         :
                      Plaintiff,         :          ORDER
            -v-                          :
                                         :
ANTI-DEFAMATION LEAGUE FOUNDATION        :
d/b/a THE ANTI-DEFAMATION LEAGUE,        :
ANTI-DEFAMATION LEAGUE, and NICOLA       :
STRAKER, individually,                   :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 23, 2022, the defendants filed a motion to dismiss the complaint.  On September 16, the plaintiff filed an amended complaint.  Accordingly, it is hereby

ORDERED that the defendants' August 23 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **September 30, 2022**.  If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **October 21, 2022**.  The defendants shall file any reply by **November 4, 2022**.  At the time any reply is served, the moving party shall supply Chambers

with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          September 19, 2022

```
                              _____
                                      DENISE COTE
                              United States District Judge
```